UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KITCHEN,

    Plaintiff,                                      CASE NO. 14-12883

v.                                                       Hon. Lawrence P. Zatkoff

DANIEL HEYNS, *et al.*,

    Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

        Plaintiff filed this case pursuant to 42 U.S.C. § 1983, wherein he challenges the confiscation of certain of his property, his transfer to another prison facility, and the Michigan Department of Correction's adoption and use of a Segregation Incentive Program. This matter is currently before the Court on Magistrate Judge David R. Grand's Report and Recommendation (Docket #34), wherein the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment (Docket #30) be denied. Plaintiff has not filed any objections to the Report and Recommendation.

        After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

        Therefore, for the reasons set forth above, the Court hereby ORDERS that Plaintiff's Motion for Default Judgment (Docket #30) is DENIED.

        IT IS SO ORDERED.

                                                                   S/Lawrence P. Zatkoff
                                                                   LAWRENCE P. ZATKOFF
Dated: December 19, 2014                      UNITED STATES DISTRICT JUDGE