UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KITCHEN,

    Plaintiff,

vs                                                                       Case No: 14-12883
                                                                          Honorable Victoria A. Roberts

DANIEL HEYNS, ET AL,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 5, 2015, Magistrate Judge Grand issued a Report and Recommendation ("R&R") recommending the Court grant Defendant MDOC's Motion to Sever. On June 19, 2015, Plaintiff filed objections.

In accordance with Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), the Court has reviewed *de novo* the R&R and Plaintiff's objections. The Court agrees with Magistrate Judge Grand's conclusion.

The Court **ADOPTS** the R&R and **GRANTS** Defendant's motion. Plaintiff can continue his First and Fourteenth Amendment claims - and corresponding Michigan Constitutional claims - against Defendants LaCroix, Maciejewski, Finco, Stephenson, Steece, Gambati, and Hightower. The remainder of Plaintiff's claims against Defendants Heyns, Russell, Bauman, Schram, Prunick, Hursh, Tenuta, Seymour, Stasewich, Eubanks, Russell, Fleury, Hill, Lindemuth, and Immel are dismissed without prejudice.

**IT IS ORDERED**.

          /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 11, 2015

> The undersigned certifies that a copy of this document was served on the attorneys of record and Michael Kitchen by electronic means or U.S. Mail on August 11, 2015.
>
> s/Linda Vertriest
> Deputy Clerk